FILED

06/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0594

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**No. DA 21-0594**

KIRK B. REISBECK,

    Plaintiff and Appellant,

-vs-

FARMERS INSURANCE EXCHANGE,

    Defendant and Appellee.

**ORDER**

Appellee Farmers Insurance Exchange filed a motion under M. R. App. P. 26(1) for an extension of the deadline to file its answer brief up to and including July 25, 2022.

**IT IS ORDERED** that Farmers' motion is **GRANTED**. Farmers shall file its answer brief on or before July 25, 2022.

Dated this _____ day of June, 2022.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 17 2022